AO 10*
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Evans, Audrey R. | Bankruptcy, Arkansas | 04/23/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

300 West Third Street
Little Rock, AR 72201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 04/23/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 04/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #3 | E | Int./Div. | N | T | | | | | |
| 2. --Kraft Foods NT Bonds | | | | | | | | | |
| 3. --Merrill Lynch Bonds II | | | | | | | | | |
| 4. --General Electric Bonds | | | | | | | | | |
| 5. --JP Morgan Bonds | | | | | | | | | |
| 6. --Countrywide Bonds | | | | | Redeemed | 03/22/11 | J | | |
| 7. --Caterpillar Bonds | | | | | Redeemed | 10/12/11 | J | | |
| 8. --General Electric Cap. Bonds | | | | | | | | | |
| 9. --National Rural Utility Bonds | | | | | | | | | |
| 10. --International Lease Corp. Bonds | | | | | | | | | |
| 11. --GE Capital Internotes I & II | | | | | | | | | |
| 12. --Principal Life Bonds | | | | | | | | | |
| 13. --CIT Group Bonds | | | | | | | | | |
| 14. --Morgan Stanley Bonds | | | | | | | | | |
| 15. --Federal Home Loan Bonds | | | | | | | | | |
| 16. --Goldman Sachs Bonds | | | | | | | | | |
| 17. --John Hancock Bonds | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --American Express Bonds | | | | | | | | | |
| 19. --Bank of America Bonds | | | | | | | | | |
| 20. --Wachovia Bonds | | | | | | | | | |
| 21. --CIT Group Bonds | | | | | | | | | |
| 22. --Dow Jones SPDR | | | | | | | | | |
| 23. --IShares Barclay | | | | | Buy | 06/06/11 | J | | |
| 24. --Davis Financial Class A | | | | | Buy | 10/20/11 | J | | |
| 25. --Royal Bank of Scotland Bonds | | | | | Buy | 04/01/11 | J | | |
| 26. IRA #4 | C | Int./Div. | L | T | | | | | |
| 27. --Goldman Sachs Bonds | | | | | | | | | |
| 28. --Prudential Financial Bonds | | | | | Redeemed | 12/14/11 | J | | |
| 29. --Dryfus Mutual Fund | | | | | | | | | |
| 30. --Dow Jones SPDR | | | | | | | | | |
| 31. --IShares Barclay | | | | | Buy | 12/15/11 | K | | |
| 32. IRA #5 | D | Int./Div. | M | T | | | | | |
| 33. --Genworth Global Bonds | | | | | Redeemed | 03/15/11 | K | | |
| 34. --Gannett Co Bonds | | | | | Redeemed | 06/01/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Bear Stearnes Cos Bonds II | | | | | Redeemed | 08/15/11 | J | | |
| 36. --National Rural Utilities Bonds | | | | | Redeemed | 12/15/11 | J | | |
| 37. --Goldman Sachs Bonds | | | | | | | | | |
| 38. --John Hancock Bonds | | | | | | | | | |
| 39. --GE Capitol Internotes | | | | | | | | | |
| 40. --Principal Life Income Fund | | | | | | | | | |
| 41. --General Electric Corp Bonds | | | | | | | | | |
| 42. --Alger Health Science Fund | | | | | | | | | |
| 43. --Davis Financial Class A | | | | | Buy | 10/20/11 | J | | |
| 44. --Dryfus S&P 500 Fund | | | | | | | | | |
| 45. --Dow Jones SPDR | | | | | | | | | |
| 46. --Ishares S&P fund | | | | | | | | | |
| 47. --Ishares Barclay | | | | | Buy | 03/21/11 | L | | |
| 48. AFB #1 | | | | | | | | | |
| 49. --Benton School Dist. Bonds | A | Interest | K | T | | | | | |
| 50. --Rogers School Dist. Bonds | A | Interest | K | T | | | | | |
| 51. --Searcy School Dist. Bonds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Arkansas State Dev. Bonds | A | Interest | K | T | | | | | |
| 53. --U of Ark. Bonds | A | Interest | J | T | | | | | |
| 54. --Ark Municipal Bonds | A | Interest | | | Sold | 07/07/11 | J | A | |
| 55. --Spartan 500 Index Inv. Fund | A | Dividend | K | T | | | | | |
| 56. --Fidelity Select Financial | A | Dividend | L | T | | | | | |
| 57. --Alger Health Science Fund | A | Dividend | L | T | | | | | |
| 58. --American Century Fund | A | Dividend | | | Sold | 10/20/11 | M | F | |
| 59. --Dodge & Cox Eq. | A | Dividend | M | T | | | | | |
| 60. --Dryfus Midcap Fund | A | Dividend | J | T | | | | | |
| 61. --Schwab Healthcare Focus | A | Dividend | J | T | | | | | |
| 62. --Dow Jones SPDR | A | Dividend | L | T | | | | | |
| 63. --Ishares S&P Fund | A | Dividend | M | T | Buy | 10/20/11 | M | | |
| 64. --IShares Barclays | A | Dividend | L | T | Buy | 10/20/11 | L | | |
| 65. AFB #2 | | | | | | | | | |
| 66. --Federal Home Loan Bonds II | A | Interest | K | T | | | | | |
| 67. --JP Morgan Chase Bonds | A | Interest | | | Redeemed | 02/01/11 | J | A | |
| 68. --Federal Nat Mtg Assn Bonds | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --MFS Arkansas Municipal Bonds | B | Interest | | | Sold | 07/11/11 | J | A | |
| 70. --MFS Arkansas Municipal Bonds | A | Interest | J | T | Buy | 10/20/11 | J | | |
| 71. --Shering Plough Cr. Bonds | B | Interest | K | T | | | | | |
| 72. --U of Ark Housing Bonds | A | Interest | J | T | | | | | |
| 73. --Pulaski Co Public Fac Bonds | A | Interest | J | T | | | | | |
| 74. --Ft Smith Sales Tax Bonds | A | Interest | J | T | | | | | |
| 75. --U of Cent Ark Bonds | A | Interest | J | T | | | | | |
| 76. --Northwest Ark Wastewater Bonds | A | Interest | J | T | | | | | |
| 77. --North Little Rock School District Bonds | A | Interest | J | T | Buy | 12/02/11 | J | | |
| 78. --Arkansas State Bonds | A | Interest | J | T | | | | | |
| 79. --U of Ark Student Fee Bonds | A | Interest | J | T | | | | | |
| 80. --Davis Financial Fund | A | Dividend | K | T | | | | | |
| 81. --Davis Financial Fund II | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 82. --Dryfus S&P Fund | A | Dividend | J | T | | | | | |
| 83. --Eaton Vance Fund | A | Dividend | K | T | | | | | |
| 84. --Schwab Health Fund | A | Dividend | J | T | | | | | |
| 85. --Dow Jones SPDR | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Ishares S&P Fund | B | Dividend | L | T | | | | | |
| 87. AFB #4 | | | | | | | | | |
| 88. --Fidelity Money Market Fund | A | Interest | J | T | | | | | |
| 89. --Ishares S&P Fund | A | Dividend | L | T | | | | | |
| 90. --MFS Arkansas Muncipal Bond | A | Interest | J | T | Buy | 10/20/11 | J | | |
| 91. AFB #5 | | | | | | | | | |
| 92. --Fidelity Money Market Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 04/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 04/23/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Audrey R. Evans**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544